**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Brett Word,                                               Civil No. 11-234 (RHK/JJG)

    Plaintiff,                                           **ORDER**

v.

Covanta Energy Corporation,

    Defendant.

_____

Pursuant to the parties' Stipulation for Dismissal With Prejudice and Without An Award of Attorney Fees or Costs (Doc. No. 9), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** and without an award of attorney fees or costs of any kind

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 15, 2011

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge